**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**ROBERT R. MOSLEY,**

           **Plaintiff,**

     v.                                                                                  **6:12-CV-0493**
                                                                                       **(MAD/TWD)**

**DEPARTMENT OF THE NAVY,**
**CHARLES E. ROBERTS, RAY MABUS,**
**W. DEAN PFEIFFER,**

           **Defendants.**
_____

**APPEARANCES:**                                                         **OF COUNSEL:**

Robert R. Mosley
26 Richardson Avenue
Utica, New York 13502
*Plaintiff Pro Se*

**MAE A. D'AGOSTINO, U. S. DISTRICT JUDGE**

**ORDER**

     The above matter comes to me following a Report-Recommendation by Magistrate Judge

Therese Wiley Dancks, duly filed on the 22nd day of May 2012.  Following fourteen (14) days

from the service thereof, the Clerk has sent me the file, including any and all objections filed by

the parties herein.

     After careful review of all of the papers herein, including the Magistrate Judge's Report-

Recommendation, and no objections submitted thereto, it is

     **ORDERED** that:

     1.  The Report-Recommendation is hereby adopted in its entirety.

     2.  The Clerk is directed to terminate defendant Charles E. Roberts from this action.

    3.  The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

    **IT IS SO ORDERED.**

Dated:  June 21, 2012
       Albany, New York

_____
Mae A. D'Agostino
U.S. District Judge